RECEIVED

MAY 1 1 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **DAWN HARGRAVE**<br>La. DOC #492910<br>VS. | **CIVIL ACTION NO. 08-0797**<br><br>**SECTION P**<br><br>**JUDGE DOHERTY** |
| **MARIANA LEGER, WARDEN** | **MAGISTRATE JUDGE HANNA** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___11___ day of ___May___, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE